# ELECTRONIC RECORD

COA # 14-14-00465-CR

OFFENSE: Aggravated Assault

STYLE: Wade Eugene Dix v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 337th District Court

DATE: July 7, 2015   Publish: No

TC CASE #:1380494

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Wade Eugene Dix v The State of Texas

CCA # _____

_____PRO SE_____   Petition

CCA Disposition: _____1037-15

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: __11/04/2015__

SIGNED: _____   PC: _____

JUDGE: _____

PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**